UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------X

NEIL AND SHELLEY EDELMAN,

                    Plaintiffs,            Civil Action, File No. 3:09-cv-1938

       -against-                         **NOTICE OF MOTION**

SUNDA CROONQUIST,

                    Defendant.

----------------------------------------------------------X

TO:    Lawrence Wertheim, Esq.
         Himelman, Wertheim & Geller, LLC
         1405 Route 18 South, Suite 201
         Old Bridge, NJ 08857, (732) 679-4040

PLEASE TAKE NOTICE that, upon the annexed declaration of Lee Nolan Jacobs, Esq., dated April 23, 2009, and upon the exhibits annexed thereto, and upon all the pleadings and proceedings heretofore had herein, the undersigned, attorneys for defendant SUNDA CROONQUIST, will move this Court before the Honorable Mary L. Cooper of the United States District Court for the District of New Jersey at the Clarkson S. Fisher Building & U.S. Courthouse, Room 5W Trenton, New Jersey, on the 18th day of May, 2009, at 9:00 o'clock in the fore noon of that day, or as soon thereafter as counsel may be heard, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(4), (5), and (6), dismissing the complaint on the basis of plaintiffs' insufficient process, insufficient service of process and failure to state a claim upon which relief can be granted; and for such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, in support of the within motion, defendant SUNDA CROONQUIST shall rely upon the Memorandum of Law in Support of Motion to Dismiss, submitted herewith.

PLEASE TAKE FURTHER NOTICE, that, pursuant to Local Civil Rule 7.1(e)(1), a proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that defendant SUNDA CROONQUIST requests oral argument on this application.

Dated: New York, New York
April 23, 2009

ABRAMS, FENSTERMAN, FENSTERMAN,
EISMAN, GREENBERG, FORMATO &
EINIGER, LLP

By: _____
Lee Nolan Jacobs, Esq.
Attorneys for Defendant
SUNDA CROONQUIST
630 Third Avenue, Fifth Floor
New York, New York 10017
(212) 279-9200