**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| NEIL EDELMAN, et al., | : | CIVIL ACTION NO. 09-1938 (MLC) |
| Plaintiffs, | : | **O R D E R** |
| v. | : | |
| SUNDA CROONQUIST, | : | |
| Defendant. | : | |

**THE DEFENDANT** removing this action from state court pursuant
to subject matter jurisdiction under 28 U.S.C. § ("Section") 1332
(dkt. entry no. 1, Notice of Removal at 1-2); and the defendant
moving to dismiss the Amended Complaint (dkt. entry no. 31,
Notice of Mot.); and the plaintiffs cross-moving to remand the
action to state court on the ground that subject matter
jurisdiction under Section 1332 is lacking, i.e., that the
defendant and one of the plaintiffs are New York citizens (dkt.
entry no. 6, Pls. Br. at 6); and the Court determining that the
issue of citizenship should be addressed first; and thus for good
cause appearing;

**IT IS THEREFORE** on this        6th        day of August, 2009,

**ORDERED** that the defendant's motion to dismiss the Complaint

(dkt. entry no. 2) is **DENIED AS MOOT;** and

**IT IS FURTHER ORDERED** that the defendant's motion to dismiss

the Amended Complaint (dkt. entry no. 31) is **DENIED WITHOUT**

**PREJUDICE,** and with leave to the defendant to move again — upon a

new notice of motion and in accordance with the Federal Rules of

Civil Procedure and the Local Civil Rules — after the issue of

citizenship has been resolved; and

**IT IS FURTHER ORDERED** that the plaintiffs' cross motion to

remand the action to state court (dkt. entry no. 6) is **REFERRED**

to the Magistrate Judge for resolution; and

**IT IS FURTHER ORDERED** that the parties should contact the

Chambers of the Magistrate Judge for further guidance.


        s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge