```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
                                        :
NEIL EDELMAN, et al.,                   :
                                        :   CIVIL ACTION NO. 09-1938 (MLC)
     Plaintiffs,                        :
                                        :       ORDER & JUDGMENT
     v.                                 :
                                        :
SUNDA CROONQUIST,                       :
                                        :
     Defendant.                         :
                                        :
```

For the reasons stated in the Court's Memorandum Opinion, dated April 30, 2010, **IT IS** on this   30th   day of April, 2010,

**ORDERED** that defendant's motion to dismiss the Amended Complaint (dkt. entry no. 38) is **GRANTED;** and

**IT IS FURTHER ADJUDGED** that the Amended Complaint (dkt. entry no. 5) is **DISMISSED;** and

**IT IS FURTHER ORDERED** that plaintiffs are **GRANTED LEAVE** to move to reopen the action, upon a proper notice of motion and in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules, and to annex a proposed second amended complaint thereto, by **MAY 31, 2010;** and

**IT IS FURTHER ORDERED** that the choice of law issue identified in the Court's April 30, 2010 Memorandum Opinion shall be addressed in any motion to reopen the action and opposition thereto; and

**IT IS FURTHER ORDERED** that the Clerk of Court designate the action as **CLOSED**.

 s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge